Camellia Baray, State Bar No. 179219
BONJOUR, THORMAN, BARAY & BILLINGSLEY
24301 Southland Dr., Ste 312
Hayward, Ca. 94545
(510) 785-8400 (phone)
(510) 670-0995 (fax)
camellia@btbandb.com

Attorneys for Defendant Runnveer Singh

**FILED**

SEP 0 4 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>RUNNVEER SINGH,<br><br>        Defendant.<br>_____/ | No. CR 14-00162 JST<br><br>AMENDED STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE FROM SEPTEMBER 5, 2014 TO OCTOBER 3, 2014 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:  September 5, 2014<br>Time:  9:30 a.m.<br>Court:  Hon. Jon S. Tigar |

      The above-captioned matter is set on September 5, 2014 at 9:30 a.m. before the Hon. Jon S. Tigar for status conference. The parties request that the Court vacate this date and reset the matter for a status conference on October 3, 2014 at 9:30 a.m. The parties further request that the Court exclude time between September 5, 2014 and October 3, 2014 to allow for effective preparation and continuity of defense counsel pursuant to 18 U.S.C. §§3161 (h)(7)(A) and (h)(7)(B)(iv).

Stipulation To Continue Status Conference
CR 14-00162 JST                               1

The reason for this request is to allow the defense adequate time to review discovery and prepare for trial. Counsel for the defendant has recently completed her review of approximately 15 boxes of evidence that are held by the government, and has requested copies of various documents contained therein. The government is now in the process of producing those documents. Additional time is needed to review this discovery with Mr. Singh.

The parties agree that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

SO STIPULATED.

Dated: September 2, 2014                    _____/S/_____
                                            Thomas Moore
                                            Assistant United States Attorney


Dated: September 2, 2014                    _____/S/_____
                                            Camellia Baray
                                            Attorney for Mr. Singh

Stipulation To Continue Status Conference
CR 14-00162 JST                              2

For good cause shown, the status conference currently set for September 5, 2014 is continued to October 3, 2014 at 9:30 a.m., and time between September 5 and October 3, 2014 is excluded under the Speedy Trial Act pursuant to 18 U.S.C.§§3161(h)(1)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 9/4/14

Hon. Jon S. Tigar
United States District Judge