Camellia Baray, State Bar No. 179219
BONJOUR, THORMAN, BARAY & BILLINGSLEY
24301 Southland Dr., Ste 312
Hayward, Ca. 94545
(510) 785-8400 (phone)
(510) 670-0995 (fax)
camellia@btbandb.com

Attorneys for Defendant Runnveer Singh

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>RUNNVEER SINGH,<br><br>　　　　　Defendant.<br>_____/ | No.  CR 14-00162 JST<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE FROM OCTOBER 3, 2014 TO NOVEMBER 21, 2014 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:   October 3, 2014<br>Time:   9:30 a.m.<br>Court:  Hon. Jon S. Tigar |

　　　　The above-captioned matter is set on October 3, 2014 at 9:30 a.m. before the Hon. Jon S. Tigar for status conference.  The parties request that the Court vacate this date and reset the matter for a status conference on November 21, 2014 at 9:30 a.m.  The parties further request that the Court exclude time between October 3, 2014 and November 21, 2014 to allow for effective preparation and continuity of defense counsel pursuant to 18 U.S.C. §§3161 (h)(7)(A) and (h)(7)(B)(iv).

Stipulation To Continue Status Conference
CR 14-00162 JST　　　　　　　　　　1

The reason for this request is to allow the defense adequate time to review discovery and prepare for trial. After reviewing 15 boxes of documents, counsel for the defendant requested copies of varies pages contained therein. She received this additional discovery last week and requires additional time to review these documents with Mr. Singh.

The parties agree that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

SO STIPULATED.

Dated: October 1, 2014         _____/S/_____
                               Thomas Moore
                               Assistant United States Attorney


Dated: October 1, 2014         _____/S/_____
                               Camellia Baray
                               Attorney for Mr. Singh

Stipulation To Continue Status Conference
CR 14-00162 JST                          2

For good cause shown, the status conference currently set for October 3, 2014 is continued to November 21, 2014 at 9:30 a.m., and time between October 3 and November 21, 2014 is excluded under the Speedy Trial Act pursuant to 18 U.S.C.§§3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: October 2, 2014



IT IS SO ORDERED
Judge Jon S. Tigar